**LIST OF EXHIBITS**

Exhibit A - Expert Declaration of Professor Kelly Lytle Hernandez

Exhibit B - Expert Declaration of Professor Benjamin Gonzalez O'Brien

Exhibit C - Hearings Before the Committee On Immigration and Naturalization On the Eugenical Aspects of Deportation Held On February 21, 1928

Exhibit D - Congressional Record - House, February 16, 1929

Exhibit E - Congressional Record - House, April 8, 1924

Exhibit F - Congressional Record - House, February 3, 1928

Exhibit G - Congressional Record - House, February 9, 1928

Exhibit H - Hearings Before the Committee On Immigration and Naturalization On the Proposed Deportation Act of 1926 Held On January 12, 1926

Exhibit I - Hearings Before the Committee On Immigration and Naturalization On Seasonal Agricultural Laborers From Mexico Held On January 28 and 29, February 2, 9, 11, and 23, 1926

Exhibit J - The Committee On Immigration Report Supporting the Passage of S.B. 5094, January 17, 1929

Exhibit K - Congressional Record - Senate, January 23, 1929

Exhibit L - The Committee On Immigration and Naturalization Report Supporting the Deportation and Punishment of Undesirable and Dangerous Aliens, February 6, 1929

Exhibit M - S.B. 5094, An Act Making It a Felony With Penalty For Certain Aliens to Enter the United States of America Under Certain Conditions in Violation of Law, March 4, 1929

Exhibit N - U.S. Border Patrol Apprehensions of Illegal Aliens From Mexico and Other Than Mexico, Fiscal Years 2000 - 2019

Exhibit O - U.S. Border Patrol Apprehensions of Deportable Aliens, Fiscal Years 2007 - 2019

Exhibit P - The U.S. Sentencing Commission, Quick Factsheet: Illegal Reentry Offenses, Fiscal Year 2019

Exhibit Q - Apology Act For the 1930s Mexican Repatriation Program, October 7, 2005

Exhibit R - Law and Society: The Criminalization of Latinx in the United States

Exhibit S - Professor Kelly Lytle Hernandez Curriculum Vitae

Exhibit T - Professor Benjamin Gonzalez O'Brien Curriculum Vitae