**LIST OF DEFENDANT'S EXHIBITS (CONT.)**

Exhibit W - 70 Congressional Record - House, March 3, 1929

Exhibit X - Senate Report 81-1515 (1950)

Exhibit Y - 82 Congressional Record - Volume 98 - House, April 25, 1952

Exhibit Z - 82 Congressional Record - Volume 98 - Senate, May 22, 1952

Exhibit AA - Statement of Peyton Ford, Deputy Attorney General

Exhibit BB - Truman's Veto Statement

Exhibit CC - The U.S. Sentencing Commission, Quick Factsheet: Illegal Reentry Offenses, Fiscal Year 2020